People of the State of Illinois ex rel. Juanita Green, Appellee, v. Edna Hapenney, Appellant.

Gen. No. 9,269.

opinion filed February 25, 1941. R. L. Russell, State's Attorney and Harold H. Kuhfuss, Assistant State's Attorney, for appellant; Velde & Prettyman and Harold H. Velde, for appellee. Opinion by JUSTICE RIESS. "Not to be published in full."